# EXHIBIT A

 Gmail

Daniel Mattson <████████████>

## IC Agreement
1 message

**Keith Kothman** <keith.kothman@wmich.edu>  Thu, Oct 21, 2021 at 5:01 PM
To: Daniel Mattson <████████████>

Hi Dan,

Here is your expected Independent Contractor agreement for work at WMU. You need to sign and date on p. 2, and initial and date on p. 3 and p. 4. All places are marked with a green arrow.

Other than sign/initial/date, please do not make any changes on the IC. If there are mistakes are changes that you feel need to be made, please let me know. If they are approved, they will result in a new IC agreement being generated and sent to you.

Return the completed IC agreement back to me via email. We ask that you also complete and email to us an updated W-9 form. You can get one at this link: http://www.wmich.edu/sites/default/files/attachments/u332/2016/Blank%20W9.pdf

To receive payment, you will need to provide an invoice to us. A generic invoice is attached as an example. You download one from here:

https://docs.google.com/a/wmich.edu/document/d/1kzXNl-7HLXGltjf-AaSpv0hB8TnWjcr0a5K3WTmN3vM/edit?usp=sharing

For the shared Google doc, you must either make a copy to your google drive account, or download a copy to work locally.

Best,

Keith

Western Michigan University

**Keith Kothman**

Director, School of Music

*he/him/his*

1903 W. Michigan Ave.

(269) 387-4671

2146 Dalton Center

wmich.edu/music

keithkothman.com

📎 IC§ Dan Mattson - RehearsePerform WBQ [10202021].pdf
263K



# WESTERN MICHIGAN UNIVERSITY

## **INDEPENDENT CONTRACTORS**

Dan Mattson
10/20/2021

## These four steps must be completed prior to proceeding with the Agreement below.

### HUMAN RESOURCES

Is the individual who is providing services a current WMU student, faculty or staff member?   YES ☐   NO ☒

Is the individual a current/former WMU employee (continuing, temp, term, part-time, student) who will be providing services similar to their WMU duties within the last two years?   YES ☐   NO ☒

➢ **IF YES to either question, *STOP*. *Do NOT continue with this form.*** These people are considered "WMU employees" (for tax purposes) and NOT independent contractors. Contact Human Resources for further instruction regarding paying these individuals for services rendered. **IF NO, continue.**

### SCOPE OF WORK

Does the work include a trade skill found in Facilities Management? (carpentry, plumbing, painting, electrical, landscaping, custodial, etc.)   YES ☐   NO ☒

- If you answered yes to the first question, is the work performed on campus?   YES ☐   NO ☐

➢ **IF YES, for both questions, *STOP*. *Do NOT continue with this form.*** Engage Facilities Management employees for the work per union contract. **IF NO, continue.**

➢ **IF YES for the first question and no for the second question, continue.**

### TAXATION

Is the individual a foreign national performing tasks or providing services for WMU?   YES ☐   NO ☒

Is the individual providing personal services for WMU for which no payment is required/requested?   YES ☐   NO ☒

➢ **IF YES for either question, *STOP*. *Do NOT continue with this form.*** See Foreign National Payments General Info for further instructions and attach evidence of their approval. **IF NO, continue.**

### FOREIGN PURCHASES

Does this contract or agreement involve: a) the physical shipment of items from the United States to a foreign country; b) the release or presentation of *unpublished, restricted, or controlled* information regarding technology, research, or data to any foreign person(s) or entity within or outside the United States by way of visual inspection, oral transmission, conference presentation, or training?   YES ☐   NO ☒

➢ **IF YES, *STOP*. *Do NOT continue with this form.*** Contact WMU's Research Export Control Officer for export control compliance to this Agreement before it will be approved for purchase, and attach evidence of their approval. See https://wmich.edu/research/compliance/exportcontrol **IF NO, continue.**

### CONFLICT OF INTEREST

CONTRACTOR must act in a manner consistent with its duties to the University and shall ensure that there are no conflicts of interest between its duties to the University and other employment, personal duties, or relationships. CONTRACTOR must disclose any actual or potential Conflict of Interest related to this Agreement prior to signing this Agreement. Failure to do so could void this Agreement. To disclose, see University's Employee Conflict of Interest Policy here.

## INDEPENDENT CONTRACTOR AGREEMENT      Dan Mattson

This agreement is made and entered into by and between the Board of Trustees of Western Michigan University on behalf of the School of Music [department name] (WMU), with principal offices located at 1903 W. Michigan Ave., Kalamazoo MI, 49008 and Dan Mattson (CONTRACTOR). For the mutual consideration described herein, the parties agree as follows:

**WMU CONTACT NAME/EMAIL/PHONE/MAIL STOP:** Deb O'Keefe / deborah.okeefe@wmich.edu / 269-387-4677 / MS5434

**RETURN TO (if different than WMU Contact):** _____

**WMU FUND AND COST CENTER:** 11-0019200

**CONTRACTOR'S OFFICIAL NAME (per W-9):** Dan Mattson
   **DBA (if different from official name):**

**CONTRACTOR'S ADDRESS/EMAIL/PHONE:** [REDACTED]

**SCOPE OF WORK** (REQUIRED INFORMATION includes work details, dates, times, where work is to be performed, deliverables, etc. attach additional sheets, as necessary):
See attached *Scope of Work Addendum*

**AMOUNT PAYABLE TO CONTRACTOR** (include initial purchase price *and* any ongoing fees): $ 13,200 Total

*If amount of purchase is >$5,000, you must attach approved sole source form.*

**TERM OF AGREEMENT** (*must not exceed 12 months*): Effective Date 10/20/2021   Expiration Date 10/31/2021

IN WITNESS WHEREOF, the Parties have executed this Agreement hereto on the date indicated below their respective signatures. *Signatures should be obtained in the order written below. Routing preferred via email. E-signatures allowed.*

CONTRACTOR NAME: _____Dan Mattson_____

→ Sign: _____    Title: _____

Print: Dan Mattson               Date: _____

WMU DEAN/CHAIR/DIRECTOR/DEPARTMENT HEAD (WITH BUDGET AUTHORITY):

Sign: _____     Title: Director, School of Music

Print: _____Keith Kothman_____   Date: _____

WMU GRANTS & CONTRACTS ( FUNDS 25-30 Exhibit B&C as necessary: grants-services@wmich.edu):

Sign: _____     Title: _____

Print: _____    Date: _____

WMU BUSINESS SERVICES (michele.cole@wmich.edu):

Sign: _____     Title: Director, Business Services

Print: Michele Cole             Date: _____

Dan Mattson

# WESTERN MICHIGAN UNIVERSITY

School of Music
College of Fine Arts

## Scope of Work Addendum

The CONTRACTOR, Dan Mattson, shall perform the following tasks for WMU's School of Music:

10/20/2021-10/31/2021:

Guest Artist for: MUS 2180 and MUS 5140

Payment of $13,200 for work with the Western Brass Quintet through 10/21/21, and for other activities which may be requested by the Director of the School of Music and/or the Dean of the College of Fine Arts.

The CONTRACTOR, Dan Mattson, shall supply all equipment, tools, materials, and personnel to accomplish the designated tasks except as described below:

N/A

➔ Initials: _____        Date: _____
   Dan Mattson

## ROUTE PAGES 1 & 2 ONLY – THIS PAGE REMAINS WITH CONTRACTOR - W-9 ONLY TO A/P

## INDEPENDENT CONTRACTOR AGREEMENT TERMS AND CONDITIONS

1. CONTRACTOR warrants and represents that CONTRACTOR is engaged in an independent business, is fully qualified, and has all required, currently effective licenses and/or certifications to perform the services described; has adequate insurance coverages for itself and WMU against liability or any claims that arise from or regarding the services to be performed; and has complied and will continue to comply with all federal, state, and local laws regarding business permits, licenses, taxes, and governmental obligations of any kind that may be required to carry out the business, the tasks to be performed, and the payments received by CONTRACTOR under this contract.
2. If this contract involves any transactions with a federal agency, CONTRACTOR has certified that CONTRACTOR complies with Federal Executive Order 12549 and FAR 521.209-5 and has reviewed and signed Exhibit B&C (if applicable). See https://wmich.edu/business-services/forms.
3. CONTRACTOR responsibilities include setting own hours and/or the sequence of work, and providing and completing training and supervision of its employees. CONTRACTOR will not be trained or supervised by a WMU employee, and will not supervise employees of WMU.
4. WMU will not be liable to CONTRACTOR for any of CONTRACTOR's expenses unless otherwise agreed to in writing (attach Exhibit A if needed).
5. CONTRACTOR retains the right to control the manner by which the services (described above) are to be performed. CONTRACTOR expressly understands and agrees that neither CONTRACTOR, nor any employee or agent of CONTRACTOR, in the performance of CONTRACTOR's services required under this Agreement, shall be treated or otherwise considered to be an employee(s) of WMU for taxes, worker's compensation, unemployment compensation, insurance, fringe benefits, or any other purpose, except as may otherwise be required by law. No payroll, employment, or other taxes of any kind shall be withheld or paid by WMU with respect to payments to CONTRACTOR, unless as otherwise required by law. CONTRACTOR understands and agrees that CONTRACTOR is solely responsible for compliance with all laws regarding the timely reporting and payment of all income and other taxes and other governmental liabilities resulting from the performance of CONTRACTOR's services.
6. Notwithstanding anything contained in this agreement to the contrary, WMU reserves the right to terminate this agreement immediately for any or no reason and prior to the stated end date, including but not limited to termination based on WMU's finding that CONTRACTOR has failed to perform in accordance with the terms of this agreement. In the event CONTRACTOR has performed part of the tasks or services, WMU may, in its sole discretion, pay CONTRACTOR a prorated amount. Any prorated amount may be adjusted if WMU must retain another contractor at a higher cost to perform the services or tasks originally agreed-to by CONTRACTOR or if WMU suffers other damages as a result of CONTRACTOR's failure to perform as described in this Agreement.
7. CONTRACTOR has no authority to enter into any contract(s), promise(s), or agreement(s) on behalf of WMU. This agreement, in whole or in part, may not be assigned by CONTRACTOR.
8. This agreement shall be governed by and construed pursuant to the laws of Michigan.
9. To the fullest extent permitted by law, CONTRACTOR shall be liable for, fully indemnify, and hold WMU, its Board, president, officers, and employees harmless from and against any or all claims, demands, actions, and liability arising out of, resulting from, or attributable to CONTRACTOR's, CONTRACTOR's employees', agents' or subcontractors' performance or nonperformance of any services or work covered by this Agreement, and/or for any breach or warranty.
10. This document constitutes the entire agreement of the parties. No other representation, promises or agreements, oral or otherwise, unless written and duly executed, shall be of any force or effect.
11. CONTRACTOR certifies that CONTRACTOR is at least 18 years of age or a separate legal entity in good standing.
12. CONTRACTOR agrees to follow all relevant University policies or procedures while on campus or while performing work for WMU.
13. CONTRACTOR certifies that none of its employees, contractors, paid advisors, or relatives of any of the above is a WMU employee at any time during the term of this agreement. If CONTRACTOR is unable to so certify, it must explicitly disclose any existing conflict of interest to WMU Business Services immediately. In such situations, Business Services will provide an opinion, in writing, explaining whether CONTRACTOR may proceed with this Agreement. Such writing must be attached hereto.

➔ Initials: _____     Date: _____
   Dan Mattson

W9 Form: https://www.wmich.edu/sites/default/files/attachments/u332/2016/Blank%20W9.pdf

Sample Invoice (IC fills in yellow portions):

# INVOICE

Download a copy

**Business or Your Name**
**Address**
**City, State Zip**

DATE: MM/DD/YY

TO   WMU School of Music
     1903 W Michigan Ave
     Kalamazoo, MI  49008-5434
     Attn: Faculty Member Name

| MUSIC FACULTY | REFERENCE | DEPARTMENT | | TAX ID / SSN | PAYMENT TERMS | DUE DATE |
|---|---|---|---|---|---|---|
| Host Faculty | | School of Music | | xxxxx | In full | mm/dd/yy |

| QTY | ITEM # | DESCRIPTION (SERVICES PROVIDED) | UNIT PRICE | DISCOUNT | LINE TOTAL |
|---|---|---|---|---|---|
| n/a | n/a | Detailed description including dates | n/a | n/a | $0.00 |

Please Make Checks Payable To:
Your or business name

Contact Info:
**Business or Your Name**
**Address**

TOTAL   $0.00

NOTE: For shared Google doc templates, either make a COPY (to edit in your Google drive) or DOWNLOAD a Word-docx. Do NOT request permission to edit the original template.