UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL C. MATTSON,

    Plaintiff,

v.

DANIEL G. GUYETTE, et al.,

    Defendants.
_____/

Case No. 1:23-cv-287

HONORABLE PAUL L. MALONEY

## ORDER REGARDING CLOSING DOCUMENTS

This Court having been informed through the filing of the Report Following Voluntary Facilitative Mediation Session (ECF No. 15) of the agreement between the parties to settle this matter:

**IT IS HEREBY ORDERED** that appropriate closing documents shall be filed with the Court no later than **November 1, 2023**.

Dated:  October 4, 2023

   /s/  Paul L. Maloney
Paul L. Maloney
United States District Judge