UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL C. MATTSON,

Plaintiff,

v.

DANIEL G. GUYETTE, individually and in his
official capacity as Dean of the College of
Fine Arts at Western Michigan University;
KEITH KOTHMAN, individually; the Director
of the School of Music at Western Michigan
University; and the President of Western
Michigan University,

Defendants.
_____/

Case No.  23-cv-00287

Hon. Paul L. Maloney

**NOTICE OF STIPULATED DISMISSAL WITH PREJUDICE**

NOTICE IS HEREBY GIVEN that the parties have settled the above-referenced action and stipulate to the dismissal of this action, including all claims and counterclaims, with prejudice and without costs or fees to any party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted:

| | |
|---|---|
| By: /s/ J. Robert Renner<br>Michael E. Rosman<br>J. Robert Renner<br>CENTER FOR INDIVIDUAL RIGHTS<br>11000 Connecticut Ave, NW, Ste. 625<br>Washington, D.C. 20036<br>(202) 833-8400<br>rosman@cir-usa.org<br>renner@cir-usa.org<br><br>David E. Bevins (P48955)<br>RHOADES MCKEE PC<br>55 Campau Avenue NW, Suite 300<br>Grand Rapids, Michigan 49503<br>(616) 235-3500<br>debevins@rhoadesmckee.com<br><br>*Counsel for Plaintiff* | By: /s/ Andrew M. Pauwels (by stipulation)<br>J. Michael Huget (P39150)<br>Leonard M. Niehoff (P36695)<br>Andrew M. Pauwels (P79167)<br>HONIGMAN LLP<br>315 E. Eisenhower Pkwy, Suite 100<br>Ann Arbor, MI 48108<br>(734) 418-4200<br>mhuget@honigman.com<br>lniehoff@honigman.com<br>apauwels@honigman.com<br><br>*Counsel for Defendants* |